The People of the State of New York, Respondent, v. Walter Herbert, Appellant, Impleaded, etc.— Order affirmed. No opinion.

George D. Beattys, as Trustee, etc., v. Martin V. Cook and Others.— Motion granted, with ten dollars costs, unless appellants comply with terms stated in order.

The People of the State of New York v. Bleecker Street and Fulton Ferry Railroad Company.— Motion granted and questions certified as stated in order.

Bernhard Welle, Respondent, v. Celluloid Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Transfer Tax upon the Estate of Caroline Morgan Kissel, Deceased. Clark Williams, as Comptroller of the State of New York, Appellant; Rudolph H. Kissel and Gustav E. Kissel, as Executors, etc., of Caroline Morgan Kissel, Deceased, and Rudolph H. Kissel, as Surviving Trustee under the Will of David P. Morgan, Deceased, Respondents.— Order affirmed, with costs. No opinion.

Guardian Trust Company of New York, Respondent, v. United Engineering and Contracting Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Standard Trust Company of New York, Trustee, Respondent, v. The United States Restaurant and Realty Company and Others, Defendants. Isaac Heineman and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Gittel Chaiman, Appellant, v. Sossie Chayman, etc., Respondent.— Order reversed and motion to open default granted on terms stated in order. No opinion.

Churchill C. Macray, Respondent, v. Julia E. Fowler, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

James Pollitz, Respondent, v. The Wabash Railroad Company and Others, Impleaded with George J. Gould and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Scott, J., dissenting.

De Forest Grant, Respondent, v. Atlantic Terra Cotta Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Jacob Blanz, Individually and as President of Bricklayers' Union No. 94 of the State of New York, a Local Union of Bricklayers, Masons and Plasterers' International Union of America, Appellant, v. William J. Bowen, Individually and as President of Bricklayers, Masons and Plasterers' International Union of America, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of Berthold A. Rich, Respondent, for an Order Requiring Louis Cohen, Attorney at Law, Appellant, to Pay Over Moneys Received by Him, Belonging to Berthold A. Rich.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Judicial Settlement of the Accounts of Georgiana M. Amidon, Formerly Georgiana M. Ward, as Executrix, etc., of Henry G. Ward, Deceased, Appellant. Newbury D. Lawton, as Executor, etc., of Cyrus Lawton, Deceased, Respondent.— Order affirmed, with costs. No opinion.